IN THE SECOND DISTRICT COURT OF APPEAL, LAKELAND, FLORIDA

September 30, 2020

OREST RADIONOVICH TYRAK and )
ARSEN RADIONOVICH TYRAK, )
  )
Petitioners, )
  )
v. ) Case No. 2D19-4864
  )
ASHLEY GARCIA and DAVID GARCIA )
DIAZ, )
  )
Respondents. )
_____ )

BY ORDER OF THE COURT:

Petitioners filed on June 11, 2020, their motion for a written opinion, following this court's denial of their petition for certiorari review, rendered on June 5, 2020. Petitioners contend that the facts of this matter are factually and legally similar to cases pending review by the Florida Supreme Court and that a written opinion will place this matter in the "pipeline" for resolution by the applicable law as determined by the Florida Supreme Court. See Barthel v. State, 882 So. 2d 1054, 1055 (Fla. 2d DCA 2004). Accordingly, Petitioners' motion for written opinion is granted. We vacate the June 5, 2020 decision denying Petitioners' petition for certiorari review and substitute the attached opinion in its place. No further motions for rehearing will be entertained.

I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.


MARY ELIZABETH KUENZEL, CLERK

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

 OREST RADIONOVICH TYRAK and )
ARSEN RADIONOVICH TYRAK, )
)
Petitioners, )
)
v. ) Case No. 2D19-4864
)
ASHLEY GARCIA and DAVID GARCIA )
DIAZ, )
)
Respondents. )
_____ )

Opinion filed September 30, 2020.

Petition for Writ of Certiorari to the Circuit Court for Sarasota County; Stephen Walker, Judge.

Kansas R. Gooden of Boyd & Jenerette, P.A., Miami; and Toni-Ann S. Brown of Boyd & Jenerette, P.A., Boca Raton, for Petitioners.

Amy Kimberly Kenyon, of Kenyon Law Group, P.L.L.C., Bradenton; for Respondents.

PER CURIAM.

Denied. See Younkin v. Blackwelder, 44 Fla. L. Weekly D549 (Fla. 5th DCA Feb. 22, 2019), review granted, No. SC19-385, 2019 WL 2180625 (Fla. May 21, 2019); Tortorella-Andrews v. Delvecchio, 45 Fla. L. Weekly D65 (Fla. 2d DCA Jan. 3, 2020).

NORTHCUTT, BLACK, and SMITH, JJ., Concur.